ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHERRI PAPINI,<br>Debtor. | Case No.<br>**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**<br>Criminal Case No. 2:22-CR-00070-WBS |
| LATITUDE 36 FOODS,<br>Garnishee. | |

The United States, in accordance with the Federal Debt Collection Procedures Act of 1990 ("FDCPA"), 28 U.S.C. § 3205(b)(1), requests that the Clerk of the United States District Court issue a Writ of Continuing Garnishment against twenty-five percent (25%) of Sherri Papini's ("Debtor") non-exempt disposable earnings held by Latitude 36 Foods ("Garnishee"). Upon information and belief, Debtor has a substantial nonexempt interest in property, as defined in 28 U.S.C. § 3002(12), that is in the possession, custody, or control of Garnishee.

On or about September 19, 2022, Debtor was sentenced in criminal case number 2:22-CR-00070 and ordered to pay a statutory assessment of $200 and restitution of $309,902.23. No interest accrues on this debt. As of September 1, 2026, Debtor owes $296,792.23. Despite the United States' demand for

payment, made more than 30 days before the date of this Application, Debtor has failed to satisfy the debt. The total amount sought by this garnishment action is $296,792.23.

Debtor's social security number is ***-**- 7044. Debtor's last known address is 31051 Woodridge Drive, Shingletown, California 96088.

When the Court sentenced Debtor and ordered Debtor to pay criminal monetary penalties, a lien arose in favor of the United States on all property and rights to property as if the liability "were a liability for a tax assessed under the Internal Revenue Code of 1986," pursuant to 18 U.S.C. § 3613(c).

Accordingly, the United States respectfully requests that the Clerk issue a Writ of Continuing Garnishment in accordance with the FDCPA.

Respectfully submitted,

Dated: September 2, 2026

ERIC GRANT
United States Attorney

By: /s/ ROBIN TUBESING
ROBIN TUBESING
Assistant United States Attorney